✎PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
2:09CR03239-001BB

**DOCKET NUMBER** *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jesus Alejandro Uribe-Moya | New Mexico | Las Cruces |

**NAME OF SENTENCING JUDGE**
Honorable Bruce D. Black

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 07/18/2011 | 07/17/2014 |

**OFFENSE**
Possession With Intent to Distribute 100 Kilograms and More of Marijuana, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE                  DISTRICT OF   **New Mexico**

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Southern District of Texas** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 18, 2012
*Date*

*(signature)* Bruce D. Black
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   **SOUTHERN**   DISTRICT   **OF TEXAS**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                *United States District Judge*